Agnes Felska, as Administratrix, etc., of Vincent Felska, Deceased, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Nash, J., who dissented upon the ground that the plaintiff's intestate was guilty of contributory negligence as matter of law.

Louis J. Lang, Appellant, v. Robert McKay, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring and Hiscock, JJ., who dissented.

Louisa M. Von Deben, as Administratrix, etc., of Frederick Von Deben, Deceased, Respondent, v. The Supreme Court of the Independent Order of Foresters, Appellant.— Judgment affirmed, with costs. All concurred.

Edgar F. King, Appellant, v. Bell Telephone Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Mary R. Cody, as Executrix, etc., of James A. Carey, Deceased, Respondent, v. Robert H. Hadcox, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Frank G. West, Appellant, v. Henry G. Woodruff, Respondent.— It appearing that the four justices who are qualified to hear the appeal herein are equally divided and unable to render a decision of said appeal, it is ordered that the said appeal be transferred to the third judicial department, to be there heard and determined pursuant to the provisions of section 231 of the Code of Civil Procedure.

James H. Callopy, Respondent, v. Village of Tonawanda, Appellant.— Order affirmed, with ten dollars costs and disbursements. Held, that the defendant, having failed to tax or retax the costs awarded by this court upon the former appeal, is not entitled to insist that the non-payment of such costs entitles it to a stay of proceedings in the action, and it is further held that where such costs have been fixed in the manner prescribed by the Code of Civil Procedure, their non-payment operates as a stay, unless the same is waived. (*Cohen* v. *Krulewitch*, 81 App. Div. 147.) All concurred.

Friedrich Nachod and Others, Respondents, v. Perry Knitting Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Champion Paper Company, Appellant, v. Frank Squier and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concurred.

Amos W. Palmer, Appellant, v. Lucinda D. Pinard, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Bertha Irving, an Infant, by Anna Irving, Her Guardian ad Litem, Respondent, v. The City of Utica, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide event, unless the plaintiff stipulates to reduce the verdict to the sum of $2,500 as of the date of the rendition thereof, in which event the judgment as so modified, and the order, are affirmed, without costs of this appeal to either party. All concurred, except McLennan, P. J., and Nash, J., who dissented on authority of same case on former appeal, reported in 98 Appellate Division Reports, at page 635.

Lafayette E. Pruyne, Respondent, v. Lucyette E. Serviss, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs. All concurred, except Williams and Hiscock, JJ., who dissented.

The People of the State of New York ex rel. George T. Jimeson, Respondent, v. Frank L. Patterson, President of the Seneca Nation of Indians, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Niagara Wood Working Company, Respondent, v. Jumel Realty and Construction Company and Philip Meirowitz, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Appointment of a Trustee of the Law Library of the Eighth Judicial District.— Ordered, that the Hon. Daniel J. Kenefick, Justice of the Supreme Court in and for the Eighth Judicial District, residing in the city of Buffalo, be, and he hereby is appointed, a trustee of the Law Library for the Eighth Judicial District to succeed the Hon. Edward W. Hatch, whose term of office has been abridged.

Michael Hammond, Respondent, v. National Starch Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs and disbursements.